U.S.

v.

**Collin M. LEE**

**No. 17-0393/AF**

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA38888

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Perry J. BYRD**

**No. 17-0454/AR**

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA20160565

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Jeremiah D. HILL**

**No. 17-0433/AR**

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA20150310

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Robert J. CARR**

**No. 17-0477/AR**

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA 20150529

DAILY JOURNAL

Petitions for Grant of Review Denied

